1066

No. 89–879. STANGLER, DIRECTOR, DEPARTMENT OF SOCIAL SERVICES OF MISSOURI v. DARLING ET AL. C. A. 8th Cir. Certiorari denied.

No. 89–940. MEIER ET AL. v. NISSAN MOTOR CORPORATION IN U. S. A. ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 89–1085. SEXTON v. ARKANSAS SUPREME COURT COMMITTEE ON PROFESSIONAL CONDUCT. Sup. Ct. Ark. Certiorari denied.

No. 89–1118. NEW LIFE BAPTIST CHURCH ACADEMY ET AL. v. TOWN OF EAST LONGMEADOW ET AL. C. A. 1st Cir. Certiorari denied.

No. 89–1247. H. K. PORTER CO., INC. v. TRANSAMERICA INSURANCE CO. C. A. 3d Cir. Certiorari denied.

No. 89–1264. CROWN CORK & SEAL CO., INC. v. MCNASBY ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1267. ROSENTHAL v. STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 89–1273. INTERNATIONAL LOGISTICS GROUP, LTD. v. CHRYSLER CORP. C. A. 6th Cir. Certiorari denied.

No. 89–1284. FOWLER INDUSTRIES, INC., ET AL. v. INTERNATIONAL BROTHERHOOD OF ELECTRICAL WORKERS, LOCAL 613. C. A. 11th Cir. Certiorari denied.

No. 89–1285. AERON MARINE CO. v. MILES, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE SUCCESSION OF TORREGANO. C. A. 5th Cir. Certiorari denied.

No. 89–1286. FRANK v. MORANDO ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 89–1288. SPEARS ET AL. v. CORNELIUS. C. A. 11th Cir. Certiorari denied.